# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 2:19-cv-01080-GMN-DJA |
| Plaintiff, | |
| vs. | **ORDER ON PLAINTIFF'S**<br>***EX-PARTE* APPLICATION FOR**<br>**EXTENSION OF TIME WITHIN WHICH**<br>**TO EFFECTUATE SERVICE**<br>**ON JOHN DOE DEFENDANT** |
| JOHN DOE subscriber assigned IP address 68.96.114.122, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until November 19, 2019 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 20, 2019
_____

1